Lena Schlicht, Respondent, v. International Railway Company, Appel-

lant.— Judgment and order affirmed, with costs. All concurred; Spring, J., not sitting.